

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00310-CR

| | | |
|---|---|---|
| Ex parte Silvio Alberto Chavez | § | From County Criminal Court No. 5 |
| | § | of Tarrant County (1255864) |
| | § | February 6, 2014 |
| | § | Opinion by Justice Meier |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying habeas corpus relief. It is ordered that the trial court's order denying habeas corpus relief is affirmed.

It is further ordered that Silvio Alberto Chavez shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 31.3.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
    Justice Bill Meier